ALONZO D. BUDDINGTON *vs.* DANIEL KNOWLES AND ANOTHER.

A verdict was rendered for $66 damages, and the defendant moved for a new trial
on the ground that the damages were excessive.   Motion denied on the ground
that the sum was too trivial to warrant a renewal of the controversy.

TRESPASS on the case, for damages to the plaintiff's land by
flooding it.   Verdict for the plaintiff for $66.   Motion by de-
fendant for a new trial on the ground that the damages were
excessive and against the evidence.

*Crump* and *Converse*, in support of the motion.

*Willey*, contra.

ELLSWORTH, J.   It is a sufficient objection to granting a new
trial for excessive damages, that the verdict is only for $66,
an amount too trivial to warrant a renewal of the controversy,
unless courts of justice are kept open to gratify the evil pas-
sions of mankind.   To grant the defendant's request will be to
punish the defendant himself, were it certain that the damages
would be reduced on another trial, which however it is not,
either as matter of law on the evidence before us, or as a
matter of fact.   Such a practice we can not encourage, and we
take this opportunity to say that a new trial in such cases
should not be asked for, unless the case be one which involves
something more than a trifling sum of money.

But, independently of this objection, we do not see sufficient
ground for disturbing the verdict.   [The judge here proceeds
to consider the evidence, but as no question of general interest
is involved, and as it would require a statement of the evi-
dence to make the case understood, this part of the opinion is
omitted.]

In this opinion the other judges concurred; except SAN-
FORD, J., who did not sit.